■ In the Matter of MARTIN R. ROCHLIN, an Attorney. — Motion granted to the extent of staying order of suspension for a period of 30 days, as indicated in the order of this court. Concur — Murphy, P. J., Sandler, Carro, Asch and Kassal, JJ.